UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                Case No. 21-30545
                                                Originating No. 4:21-cr-00186

**SAVANNAH A. SIMS,**

      Defendant.
_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

    Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **SAVANNAH A. SIMS,** to answer to charges pending in another federal district, and states:

    1.  On **November 16, 2021** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Missouri based on a Superseding Indictment. Defendant is charged in that district with violation of 21 U.S.C. §846 - Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


s/Andrew Picek
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
andrew.picek@usdoj.gov
(313) 226-9652

Dated: November 16, 2021